IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ZACHARY MATTHEW GARGASZ,<br><br>　　　　　　　　Defendant. | CR 25-07-M-DWM<br><br>ORDER |

　　　The United States' having filed an unopposed motion for final order of forfeiture, (Doc. 26), the Court finds:

　　　1.　　The United States commenced this action pursuant to 18 U.S.C. § 924(d).

　　　2.　　A preliminary order of forfeiture was entered on May 5, 2025. (Doc. 23.)

　　　3.　　All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 24.)

　　　4.　　It appears there is cause to issue a forfeiture under 18 U.S.C. § 924(d). It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1. The motion for final order of forfeiture (Doc. 26) is GRANTED.

2. Judgment of forfeiture shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, in the following property:

- Tisas-Trabzon, Zig M45, .45 caliber pistol (SN: T0620-21-AP05448), and any associated accessories and ammunition, including:
- 64 rounds of .223 caliber ammunition;
- 19 rounds of .45 caliber ammunition; and
- 5 rounds of .22 caliber ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 15th day of July, 2025.

Donald W. Molloy, District Judge
United States District Court